# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **ALESSANDRO A. ISTRATE,** **Defendant.** | PO-25-5091-GF-JTJ **VIOLATION:** E2371626 **Location Code: M13** **ORDER** |

Based upon the United States' motion to dismiss violation E2371626 for good cause shown,

**IT IS ORDERED** that violation E2371626 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for August 29, 2025, is **VACATED.**

DATED this 26th day of August 2025.

_____
John Johnston
United States Magistrate Judge